UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Carla VanValkenburg**, | ) |
| Plaintiff, | ) Case No. 1:10-cv-429 <br> ) <br> ) Hon. Janet T. Neff |
| v. | ) <br> ) |
| **Accounts Receivable Management, Inc.**, a New Jersey corporation, | ) <br> ) <br> ) |
| Defendant. | ) |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Carla VanValkenburg, through her attorney of record, files this Notice of Dismissal, with defendant having served neither an answer nor a motion for summary judgment.

This action is dismissed with prejudice.

Dated: June 2, 2010

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com